**This Order grants stay relief in rem and does not grant relief to pursue a money judgment against the Debtor.**



**ORDERED in the Southern District of Florida on September 29, 2025.**

_____
Robert A. Mark, Judge
United States Bankruptcy Court

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

                                      CASE NO. 25-12773-RAM
                                      CHAPTER 13

BRADLEY DOUGLAS STEWART,

Debtor.

_____/

**ORDER GRANTING MOTION
FOR RELIEF FROM AUTOMATIC STAY**

**THIS CASE** came before the Court on negative notice on the Motion for Relief from Automatic Stay (DE 56) filed by Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 ("Movant") on September 9, 2025. No responses having been filed in accordance with Local Rule 4001-1(C), and based on the record, it is

      **ORDERED:**

1. The automatic stay under 11 U.S.C. §362 is modified as to Movant, and Movant may immediately proceed to complete the action in state court for the foreclosure of its mortgage through entry of the Certificate of Title, including post sale and eviction actions, and short sale or deed in lieu, and any other actions required due the Debtor's default, as to Movant's interest in the property located 659 NE 73rd Street, Miami, Florida 33138, and legally described as:

LOTS 12 AND EAST (1/2) OF LOT 13, BLOCK 5, BELLE MEAD OF MIAMI SECTION 1, ACCORDING TO THE MAP THEREOF, AS RECORDED IN PLAT BOOK 39, PAGE(S) 12, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

Property Address: 659 Northeast 73rd Street, Miami, Florida 33138

2. The 14-day stay described by Bankruptcy Rule 4001(a)(3) is waived.

3. This Order will be binding and effective despite any conversion of this Bankruptcy case to a case under any other Chapter of Title 11 of the United States Code.

###

Matthew B. Klein, Esq., Howard Law Group, 4755 Technology Way, Suite 104, Boca Raton, FL 33431; matthew@howardlaw.com is directed to serve copies of this Order on all parties listed below and file a certificate of service.

Copies furnished to:

Mitchell J. Nowack, Esq., 8551 Sunrise Boulevard, #208, Plantation, FL 33322

Nancy K. Neidich, Chapter 13 Trustee, PO Box 279806, Miramar, FL 33027

Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130

And a copy was sent via US Mail to:

Bradley Douglas Stewart. 659 NE 73rd Street, Miami, FL 33138